# United States District Court
## for

## Middle District of Alabama

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

Name of Offender:  Chiquanta Milner Davis                    Case Number: 2:11CR00158-WKW

Name of Sentencing Judicial Officer: The Honorable W. Keith Watkins, U.S. District Judge

Date of Original Sentence:  September 19, 2012

Original Offense:  Count 1s:  Conspiracy to Defraud the Government with Respect to Claims
                   Count 18s:  Theft of Public Money
                   Count 21s:  Aggravated Identity Theft

Original Sentence:  66 months imprisonment followed by 3 years of supervised release

Type of Supervision:  Term Of Supervised Release          Date Supervision Commenced: March 20, 2018

---

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ years, for a total term of _____ years.

☒   To modify the conditions of supervision as follows:
    The defendant shall pay the balance of any restitution previously ordered at the rate of not less than $25.00 per month, to begin March 1, 2019, and continue throughout the period of supervised release.

## CAUSE

At sentencing, Davis was ordered to pay $351,910.25 in restitution at a rate of not less than $100.00 per month. Since beginning her term of supervised release in March 2018, Davis has struggled to make consistent monthly payments. According to information obtained from a recent financial investigation, Davis has approximately $1,100 of monthly income but expends $1,265 in monthly living expenses.  Based on the financial records received from Davis, she is unable to pay restitution at the rate of $100 per month.

Based on the offender's current financial status, this officer respectfully recommends that Davis' restitution payment be reduced to $25 per month.  Davis signed Probation Form 49 waiving her right to a hearing before Your Honor and agreed to the proposed condition.  It is recommended that Your Honor order the modification of conditions as noted above.

Respectfully submitted,

by     /s/ DeAndre Meadows
       United States Probation Officer
Date:  February 11, 2019

**RE: Davis, Chiquanta Milner**
    **Dkt. #** 2:11CR00158
    <u>**PROB 12B**</u>

Reviewed and approved by:     <u>/s/Darren Kennemer</u>
                                     Supervisory U.S. Probation Officer

THE COURT ORDERS:

☐ No Action.

☐ The Extension of Supervision as noted above.

☒ The Modification of Conditions as noted above.

☐ Other

                                              W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE

                                              February 20, 2019
                                                     Date